

FILED

12/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0571

CHRISTOPHER RAY LAFOURNAISE,

Petitioner,

v.

MARK JOHNSON,

Respondent.

O R D E R

Christopher Ray LaFournaise represents himself and has filed a Petition for a Writ of Habeas Corpus. He indicates that he has an illegal sentence because it violates his right to be free from double jeopardy. He requests his immediate release from incarceration, a sentence recalculation, and compensation because he should have been with his family during this pandemic.

In his Petition, LaFournaise explains that he was arrested for felony burglary on January 15, 2020. He notes however that prior to his arrest, on January 8, 2020, he completed a five-year term on another sentence and began serving the suspended portion of his sentence. On September 9, 2020, he states that he was sentenced to a five-year term to the Department of Corrections (DOC) for the felony burglary conviction and that the Judge ran the sentence "consecutive to any and all sentences [he is] currently serving." LaFournaise has three main complaints: (1) that the Judge ran his sentence consecutively; (2) that his other sentence was being revoked in violation of § 46-18-203(4), (5) and § 46-18-225, MCA; and (3) that his prior suspended sentence would be pushed back to be served after his recent DOC sentence. He also contends that he was sent the wrong sentencing judgment with a woman's name and that on September 25, 2020, there was an amended judgment for Judge Whelan's signature. LaFournaise states that there has not been a new judgment filed or issued.

We secured copies of relevant documents. LaFournaise's first sentence originated in the First Judicial District Court, Lewis and Clark County. On February 24, 2015, the District Court sentenced LaFournaise for felony forgery (common scheme) to the DOC for ten years with five years suspended (2015 sentence). On September 9, 2020, the Second Judicial District Court, Butte-Silver Bow County, sentenced LaFournaise for felony burglary to the DOC for a period of five years. The District Court awarded LaFournaise 238 days of credit for jail time served (2020 sentence). The court did not specify the running of the sentence. No amended judgment exists.

Pursuant to § 46-18-401(4), MCA, "[s]eparate sentences for two or more offenses must run consecutively unless the court otherwise orders." Here, the District Court for LaFournaise's 2020 sentence did not order that it run concurrently to his 2015 sentence. Therefore, LaFournaise's 2020 sentence runs consecutively to his 2015 sentence, pursuant to Montana law. Even though LaFournaise claims that he has been put twice in jeopardy and his due process rights have been violated, we conclude that his claims lack merit. We observe that LaFournaise is not serving a sentence upon revocation. The Lewis and Clark County District Court has not revoked his 2015 sentence. His due process rights have not been violated.

LaFournaise does not have a facially invalid sentence. He is not entitled to release or any compensation. LaFournaise's sentence does not need to be recalculated; moreover, he has not provided any argument, attachment, or authority to warrant such request. He is not entitled to habeas corpus relief. Section 46-22-101(1), MCA. Therefore,

IT IS ORDERED that LaFournaise's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Christopher Ray LaFournaise along with a copy of his judgment for his 2020 sentence.

DATED this 22nd day of December, 2020.

_____
Chief Justice

2

_____

_____

_____

_____
Justices